IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY SMITH,

    Plaintiff,                    No. CIV S-10-0846 MCE KJM P

    vs.

DR. GEORGE JOSEPH CROSSO,

    Defendant.                  ORDER

_____/

        On August 4, 2010, plaintiff filed an amended complaint and a motion to proceed in forma pauperis. This civil rights action was closed on June 23, 2010. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: August 27, 2010.

                                            _____
                                            U.S. MAGISTRATE JUDGE

/kly
smit0846.58